MAY and Others *v.* CRAWFORD.

APPEAL from the *Marion* Court of Common Pleas.

*Per Curiam.*—In this suit, the amount claimed and recovered was for 1,000 dollars. The Court had no jurisdiction.

The judgment is reversed with costs. Cause remanded, &c.

M. G. *Bright*, E. *Dumont*, and O. B. *Torbet*, for the appellants.